# Publicadora Lámpara y Luz

26 Road 5577  
Farmington, NM 87401, EE.UU.

Tel: 505-632-3521  
Fax: 505-632-1246

*"Lámpara es a mis pies tu palabra, y lumbrera a mi camino" —Salmo 119.105*

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ MAY 12 2014 ★  
LONG ISLAND OFFICE

April 17, 2014

JOSEPH BIANCO  
100 FEDERAL PLAZA  
CENTRAL ISLIP NY 11722

CR12-63

To Whom It May Concern:

This letter is to certify that Joyser I Velasquez Espinal 12000844, from the Nassau County Correctional Center in East Meadow NY, is a student of Lamp and Light Publishers Inc.'s Bible study correspondence courses since the 27th of March 2013. He has completed eight of the eighteen courses that we offer, having gained a grade average of 93%. Following is a breakdown of the courses he completed and the grades he received:

*El primer paso* 95%  
*Pasaderas hacia Dios* 98%  
*Siete pasos de obediencia* 89%  
*En pos del Príncipe de paz* 89%  
*El ayuno* 91%  
*La adoración* 94%  
*La entrega* 100%  
*Su voluntad* 88%

Sincerely,  
Lamp and Light Publishers

Wendell Eby  
Spanish Correspondence Director  
lamplight@emypeople.net



**Publicadora Lámpara y Luz**
26 Road 5577
Farmington, NM 87401 EE.UU.

*"Lámpara es a mis pies tu palabra, y lumbrera a mi camino"* —Salmo 119.105





$ 00.48⁰
02 1R
0006560944   APR 18 2014
MAILED FROM ZIP CODE 87401

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 22 2014   ☆

LONG ISLAND OFFICE

1172254438 C003